JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5180RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| AARON ELLIOTT HAYES, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to April 30, 2007.

DONE this 19th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
Miriam Schwartz
Assistant Federal Public Defender

/s/_____
Gregory A. Gruber
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS' DEADLINE   1
USA v. HAYES, CR07-5180(RBL)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**