JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR07-5180RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| AARON ELLIOTT HAYES, | ) | MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to May 4, 2007.

DONE this 1st day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
Miriam Schwartz
Assistant Federal Public Defender

/s/_____
Gregory A. Gruber
Assistant United States Attorney

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710