# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON ELLIOT HAYES,

Defendant.

Case No.  MJ07-5047

INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services specifically alleging that he left the range of his GPS tracker on June 5, 2007.

The plaintiff appears through Special Assistant United States Attorney, GREGORY GRUBER; The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ;

The defendant has been advised of the allegation(s)and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and

Having been advised of his rights the defendant freely and voluntarily acknowledged violating the condition of his bond as alleged.

The court declines to impose sanctions at this time, reserving however the right to impose sanctions at a later date if the court deems it advisable to do so.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

June 21, 2007.

*/s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1